UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEOSHAMOND NORMAN (#407759)

VERSUS

JERRY JOHNSON

CIVIL ACTION

NO. 15-108-JJB-RLB

### RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated May 5, 2016 (doc. no. 39). The plaintiff has filed an objection (doc. 40), which the court has duly considered and finds has no determinative effect on this matter.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendant's motion (doc. 19) for summary judgment is hereby GRANTED and plaintiff's motion (doc. 32) for summary judgment is hereby DENIED.

Baton Rouge, Louisiana, this 15th day of June, 2016.

JAMES J. BRADY, DISTRICT JUDGE